## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

S & R COAL COMPANY,

          Respondent

          v.

RAUSCH CREEK LAND, L.P.,

          Petitioner

:  No. 636 MAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.